IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEMIL BANTUM | : | CIVIL ACTION |
| | : | NO. 10-4195 |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF PHILADELPHIA, et al. | : | |

ORDER

AND NOW, this 5th day of April, 2011, in consideration of defendants' motions to dismiss and plaintiff's responses thereto, it is ORDERED that:

(1) The motions are HELD IN ABEYANCE pending further briefing discussed in the attached memorandum and detailed more fully below;

(2) Plaintiff shall, no later than May 5, 2011, file a copy of the record produced at the state educational agency due process hearing and any other documents indicating that she has exhausted her administrative remedies;

(3) Plaintiff shall, no later than May 5, 2011, file a brief explaining as precisely as possible the steps she took to obtain administrative review of her complaints; and

(4) Defendants may, but need not, file a response brief and supply any additional information that they believe to be helpful by June 5, 2011.

It is FURTHER ORDERED that this Order shall serve as notice to plaintiff that if she does not file the requested evidence and brief by May 5, 2011, her complaint may be dismissed for lack of subject matter jurisdiction.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.